IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TYRONE ALEXANDER,** **PETITIONER**

**V.** **NO. 1:05CV115-M-D**

**STATE OF MISSISSIPPI, ET AL,** **RESPONDENTS**

**O P I N I O N**

This cause comes before the court on the petition of Tyrone Alexander for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the block of the petition which states "[i]dentify all crimes of which you were convicted and sentenced in this case," petitioner listed cases from both Lee and Tippah Counties.

Rule 2(e) of the Rules Governing Section 2254 Cases in the United States District Courts states that "[a] petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgment or judgments of each court." Since petitioner apparently has judgments from two state courts which he is attempting to contest, he must do so by filing separate petitions for each conviction. Accordingly, this petition must be dismissed without prejudice.

A final judgment in accordance with this opinion will be entered.

THIS the 11th day of May, 2005.

                                                    **/s/ Michael P. Mills**
                                                   **UNITED STATES DISTRICT JUDGE**